FILED

JUN - 5 2008

Jun 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANT
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Yarmo Green
(Please print)

STREET ADDRESS: P.O. Box 499

CITY/STATE/ZIP: Hillsboro, IL, 62049

PHONE NUMBER: None

CASE NUMBER: 95 CR 1762

_Yarmo Green_
Signature

5-28-08
Date

**08CV3250
JUDGE ASPEN
MAGISTRATE JUDGE COLE**