7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

FILED
JUN - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES OF AMERICA ex rel.
YARMO GREEN (B-71883)**

Petitioner,

vs.

**ANDY OTT
Warden, Graham Correctional Center**

Respondent.

**08CV3250
JUDGE ASPEN
MAGISTRATE JUDGE COLE**

CASE NUMBER ~~~~

JUDGE ~~Fred G. Suria~~

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Yarmo Green__, declare that I am the petitioner in the above-entitled case. This affidavit constitutes my application to proceed without full prepayment of fees, and in support of my motion for appointment of counsel. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the petition. In support of this petition, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # __B-71883__ Name of prison or jail: __Graham Correctional Center__
   Do you receive any payment from the institution? ☒Yes ☐No Monthly amount: __$14.40__

2. Are you currently employed? ☒Yes ☐No
   Monthly salary or wages: __$14.40__
   Name and address of employer: __Graham Correctional Center__

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment　　☐Yes　　☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends　　☐Yes　　☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
　　☐Yes　　☒No
Amount_____ Received by_____

e. ☒ Gifts or ☐ inheritances　　☒Yes　　☐No
Amount_Varies_____ Received by_Varies_____

f. ☐ Any other sources (state source:_____)　　☐Yes　　☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?　　☐Yes　　☒No　　Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?　　☐Yes　　☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?　　☐Yes　　☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
　　☐Yes　　☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-28-2008

*Yarmo Green*
Signature of Applicant

Yarmo Green
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)

(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Yamo Green_, I.D.# _B71883_, has the sum of $ _410.84_ on account to his/her credit at (name of institution) _Graham Correctional Center_. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _216.47_. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_5-23-08_  
DATE

_Betty Rench_  
SIGNATURE OF AUTHORIZED OFFICER

_Account Technician_

(Print name)

rev. 7/18/02

Date: 5/23/2008
Time: 8:00am
d_list_inmate_trans_statement_composite

# Graham Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 11/15/2007 thru End;   Inmate: B71883;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B71883 Green, Yamo  **Housing Unit:** GRA-15-D -04

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/25/08 | Point of Sale | 60 Commissary | 085780 | 520409 | Commissary | -57.02 | 388.54 |
| 04/02/08 | Mail Room | 01 MO/Checks (Not Held) | 093276 | 203174 | Hardy, Josh | 20.00 | 408.54 |
| 04/08/08 | Point of Sale | 60 Commissary | 099765 | 521661 | Commissary | -71.39 | 337.15 |
| 04/10/08 | Payroll | 20 Payroll Adjustment | 101102 | | P/R month of 03/2008 | 12.96 | 350.11 |
| 04/22/08 | Point of Sale | 60 Commissary | 113765 | 522970 | Commissary | -77.84 | 272.27 |
| 04/25/08 | Mail Room | 01 MO/Checks (Not Held) | 116276 | 171884 | Aleman, Jesse | 50.00 | 322.27 |
| 04/25/08 | Mail Room | 01 MO/Checks (Not Held) | 116276 | 171885 | Aleman, Jesse | 50.00 | 372.27 |
| 05/02/08 | Mail Room | 01 MO/Checks (Not Held) | 123276 | 68002192522 | Boatner, Hellen | 35.00 | 407.27 |
| 05/02/08 | Mail Room | 01 MO/Checks (Not Held) | 123276 | 576033 | Hensel, E. | 25.00 | 432.27 |
| 05/06/08 | Point of Sale | 60 Commissary | 127780 | 524084 | Commissary | -50.46 | 381.81 |
| 05/08/08 | Payroll | 20 Payroll Adjustment | 129102 | | P/R month of 04/2008 | 12.96 | 394.77 |
| 05/09/08 | Disbursements | 80 Postage | 130335 | Chk #57966 | 5/8/08 80-6218, Reserve Accoun, Inv. Date: 05/08/2008 | -3.12 | 391.65 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 135276 | 200799621352 | Green, Unknown | 25.00 | 416.65 |
| 05/16/08 | Mail Room | 01 MO/Checks (Not Held) | 137216 | 08243128214 | Borjas, Carmen | 50.00 | 466.65 |
| 05/16/08 | Mail Room | 01 MO/Checks (Not Held) | 137216 | 555849 | Robles, Nick | 20.00 | 486.65 |
| 05/20/08 | Point of Sale | 60 Commissary | 141780 | 525443 | Commissary | -75.39 | 411.26 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 411.26 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .42 |
| Funds Available: | 410.84 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/21/2008 | 5/21/08 80-6218 | Disb | Postage | 6218 Reserve Account | $0.42 |
| | | | | Total Restrictions: | $0.42 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 5/23/2008 | | | | Graham Correctional Center | | | Page 1 |
| Time: 8:00am | | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 11/15/2007 thru End;   Inmate: B71883;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B71883 Green, Yamo**                                **Housing Unit: GRA-15-D-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 155.30 |
| 11/21/07 | Point of Sale | 60 Commissary | 325765 | 510165 | Commissary | -98.54 | 56.76 |
| 12/07/07 | Mail Room | 01 MO/Checks (Not Held) | 341276 | 427615 | Santiago, Elizabeth | 50.00 | 106.76 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341102 | | P/R month of 11/2007 | 14.40 | 121.16 |
| 12/11/07 | Point of Sale | 60 Commissary | 345713 | 511536 | Commissary | -85.43 | 35.73 |
| 12/14/07 | Mail Room | 01 MO/Checks (Not Held) | 348276 | 574987 | Hensel, E. | 25.00 | 60.73 |
| 12/18/07 | Disbursements | 80 Postage | 352335 | Chk #56773 | 11/29/07 806218, Reserve Accou, Inv. Date: 11/29/2007 | -.41 | 60.32 |
| 12/18/07 | Disbursements | 80 Postage | 352335 | Chk #56773 | 12/12/07 806218, Reserve Accou, Inv. Date: 12/12/2007 | -.64 | 59.68 |
| 12/18/07 | Disbursements | 80 Postage | 352335 | Chk #56773 | 12/14/07 806218, Reserve Accou, Inv. Date: 12/14/2007 | -2.05 | 57.63 |
| 12/19/07 | Mail Room | 01 MO/Checks (Not Held) | 353276 | 57027178679 | O'Donnelle, Tori | 50.00 | 107.63 |
| 12/19/07 | Mail Room | 01 MO/Checks (Not Held) | 353276 | 536316 | Boatner, Hellen | 25.00 | 132.63 |
| 12/21/07 | Mail Room | 01 MO/Checks (Not Held) | 355216 | 9606357180 | Green, L.A. | 25.00 | 157.63 |
| 12/21/07 | Mail Room | 01 MO/Checks (Not Held) | 355216 | 033606 | Amos, Michael | 25.00 | 182.63 |
| 12/31/07 | Disbursements | 80 Postage | 365335 | Chk #56868 | 12/19/07 806218, Reserve Accou, Inv. Date: 12/19/2007 | -1.64 | 180.99 |
| 01/02/08 | Point of Sale | 60 Commissary | 002765 | 512935 | Commissary | -30.99 | 150.00 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 004216 | 1056650 | Jones, Chris | 50.00 | 200.00 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 004216 | 1056651 | Jones, Chris | 50.00 | 250.00 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 004216 | 8354800271 | Unknown | 25.00 | 275.00 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 004216 | 20048266037 | Delgado, Theresa | 20.00 | 295.00 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 004216 | 431062 | Santiago, Elizabeth | 50.00 | 345.00 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008276 | 145502 | Aleman, Jesse | 50.00 | 395.00 |
| 01/10/08 | Payroll | 20 Payroll Adjustment | 010102 | | P/R month of 12/2007 | 14.40 | 409.40 |
| 01/11/08 | Mail Room | 01 MO/Checks (Not Held) | 011276 | 08243147608 | Bosques, Carmen | 50.00 | 459.40 |
| 01/11/08 | Mail Room | 01 MO/Checks (Not Held) | 011276 | 57868241211 | Unknown, Frances | 30.00 | 489.40 |
| 01/15/08 | Point of Sale | 60 Commissary | 015780 | 514206 | Commissary | -53.15 | 436.25 |
| 01/17/08 | Disbursements | 80 Postage | 017335 | Chk #56997 | 1/11/08 80-6218, Reserve Accou, Inv. Date: 01/11/2008 | -.41 | 435.84 |
| 01/17/08 | Disbursements | 80 Postage | 017335 | Chk #56997 | 1/17/08 80-6218, Reserve Accou, Inv. Date: 01/17/2008 | -.97 | 434.87 |
| 01/17/08 | Disbursements | 80 Postage | 017335 | Chk #56997 | 1/11/08 80-6218, Reserve Accou, Inv. Date: 01/11/2008 | -6.93 | 427.94 |
| 01/22/08 | Mail Room | 01 MO/Checks (Not Held) | 022276 | 200224 | Hardy, Josh | 20.00 | 447.94 |
| 01/25/08 | Mail Room | 01 MO/Checks (Not Held) | 025276 | 210431 | Hardy, Josh | 20.00 | 467.94 |
| 01/29/08 | Point of Sale | 60 Commissary | 029765 | 515496 | Commissary | -57.74 | 410.20 |
| 02/08/08 | Mail Room | 01 MO/Checks (Not Held) | 039276 | 536238 | Crump, Lillie | 25.00 | 435.20 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039102 | | P/R month of 01/2008 | 14.40 | 449.60 |
| 02/11/08 | Disbursements | 80 Postage | 042335 | Chk #57216 | 2/8/08 80-6218, Reserve Accoun, Inv. Date: 02/08/2008 | -.41 | 449.19 |
| 02/12/08 | Point of Sale | 60 Commissary | 043780 | 516644 | Commissary | -67.29 | 381.90 |
| 02/26/08 | Point of Sale | 60 Commissary | 057780 | 518027 | Commissary | -78.84 | 303.06 |
| 02/29/08 | Mail Room | 01 MO/Checks (Not Held) | 060276 | 013418 | Garrett, Barry | 20.00 | 323.06 |
| 03/11/08 | Point of Sale | 60 Commissary | 071765 | 519123 | Commissary | -64.90 | 258.16 |
| 03/11/08 | Mail Room | 01 MO/Checks (Not Held) | 071276 | 202453 | Hardy, Joshua | 25.00 | 283.16 |
| 03/11/08 | Mail Room | 01 MO/Checks (Not Held) | 071276 | 809045 | Boatner, Helen | 25.00 | 308.16 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074102 | | P/R month of 02/2008 | 14.40 | 322.56 |
| 03/19/08 | Mail Room | 01 MO/Checks (Not Held) | 079276 | 100932878904 | Miller, Mary | 25.00 | 347.56 |
| 03/20/08 | Disbursements | 90 Medical Co-Pay | 080335 | Chk #57501 | 3/4/08 90-99, DOC: 523 Fund In, Inv. Date: 03/04/2008 | -2.00 | 345.56 |
| 03/25/08 | Mail Room | 01 MO/Checks (Not Held) | 085276 | 438343 | Santiago, Elizabeth | 50.00 | 395.56 |
| 03/25/08 | Mail Room | 01 MO/Checks (Not Held) | 085276 | 200567046559 | Delgado, Theresa | 50.00 | 445.56 |

## Offender Authorization for Payment
### Graham Correctional Center

Posting Document # _____   Date __May 28, 2008__

Offender Name __Yamo Green__   ID# __B71883__   Housing Unit __15 04__

Pay to __The Clerk of the United States District Court, Prisoner Corr.__

Address __219 South Dearborn Street__

City, State, Zip __Chicago, IL, 60604__

The sum of __Five__ dollars and __Zero__ cents charged to my trust fund account, for the purpose of __Legal Fees__

[X] I hereby authorize payment of postage for the attached mail.   [ ] I hereby request information on electronic fund transfers to be placed in the attached mail.

Offender's Signature __Yamo Green__   ID# __B71883__

Witness Signature _____

[ ] Approved  [ ] Not Approved   Chief Administrative Officer's Signature _____

Postage applied in the amount of __5__ dollars and __05__ cents.

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
Replaces DC 828

LEGAL MAIL