UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 08 C 3250 |
|---|---|---|
| U.S. ex rel. Yarmo Green (#B-71883) vs. Warden Andy Ott | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent, Warden Andy Ott.

| SIGNATURE |  |
|---|---|
| s/Katherine D. Saunders | |
| **FIRM** | |
| Illinois Attorney General's Office | |
| **STREET ADDRESS** 100 W. Randolph, 12th Floor | |
| **CITY/STATE/ZIP** | |
| Chicago, Illinois 60601-3218 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06230668 | 312-814-6128 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☐ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO X ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. ||
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ ||

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed the attached **APPEARANCE** with the Clerk of Court for the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on June 12, 2008, sent notice via U.S. mail to the following non-CM/ECF participant: notice to:

Yarmo Green, #B71883
Graham Correctional Center
P.O. Box 499
Hillsboro, Illinois 62049

                                                  LISA MADIGAN
                                                  Attorney General of Illinois

By:    s/Katherine D. Saunders
           Katherine D. Saunders, Bar # 6230668
           Assistant Attorney General
           100 W. Randolph, 12th Floor
           Chicago, Illinois 60601
           TELEPHONE: (312) 814-6128
           FAX: (312) 814-2253
           EMAIL: ksaunders@atg.state.il.us